IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 22-56-UNA |
| | ) | |
| RAYMERE BROOMER, a/k/a "SKEEZ," | ) | |
| | ) | REDACTED |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 12, 2022, in the District of Delaware, RAYMERE BROOMER, a/k/a "SKEEZ," knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce two firearms, to wit: (1) a loaded Canik TP9 sf Elite 9mm pistol, Serial Number T6472-20; and (2) a Zastava PAP M92, 7.62x39 pistol, Serial Number M92PV073383.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

////

## NOTICE OF FORFEITURE

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) in Count One of this Indictment, the defendant, RAYMERE BROOMER, a/k/a SKEEZ, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following: (1) a TP9 sf Elite 9mm pistol, Serial Number T6472-20 and all ammunition; and (2) a Zastava PAP M92, 7.62x39 pistol, Serial Number M92PV073383.

A TRUE BILL

Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce,
Assistant United States Attorney

Dated: 6/7/22